UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JOHNNY B. WRIGHT** | **CIVIL ACTION NO. 07-518-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN BURL CAIN** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has previously filed several applications for writs of habeas corpus attacking the conviction challenged herein. The third such application, No. 94-1528, was denied on the merits on September 12, 1996. Before Petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Fifth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. §2244(b)(3).

Accordingly, **IT IS HEREBY ORDERED** that this action is stayed for a period of sixty (60) days. Petitioner's failure to obtain authorization within that time from the United States Court of Appeals for the Fifth Circuit to proceed with this action will result in this petition being stricken from the record.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 30th day of July 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE